DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Christopher C. Poag
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811
(907) 465-3600
Attorney for State of Alaska
Alaska Bar No. 9807039

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, DEPARTMENT OF COMMERCE COMMUNITY AND ECONOMIC DEVELOPMENT, DIVISION OF INVESTMENTS, <br><br> Plaintiff <br> v. <br><br> DANELISSA, Official Number 973960 In Rem; ELIA LIND AND LOLA A. LIND In Personam, <br><br> Defendants. | IN ADMIRALTY <br><br> Case No. J02-019CV (RRB) <br><br><br><br> AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION |

STATE OF ALASKA         )
                       ) ss.
FIRST JUDICIAL DISTRICT )

Christopher C. Poag, being on oath, deposes and says:

1.   I am an Assistant Attorney General for the Office of the Attorney General, represent the Plaintiff in this matter, and request issuance of a Writ of

AFFIDAVIT AND REQUEST FOR
ISSUANCE OF WRIT OF EXECUTION                                           Page 1

1
2  Execution on the judgment.

3      2.    This court entered a Deficiency Judgment for $ 182,803.55 on
4  April 25, 2003, in this action, in favor of the State of Alaska as Judgment Creditor
5  (Plaintiff) and against Elia Lind as Judgment Debtor (Defendant).
6
7      3.    The Judgment Debtor, Elia Lind was not represented by counsel.
8      4.    The judgment entered is a default judgment.
9      5.    Interest has ACCRUED since the entry of judgment as follows:
10  $ 2,235.75 accrued pre-judgment interest, computed at 10.5%; and
11  $ 5770.88 accrued post-judgment interest, computed at 1.33%.
12
13      6.    No payments have been made toward this judgment.
14      7.    $ 190,810.18 is DUE on this date. This total is the amount of the
15  original judgment as entered plus the pre-judgment and post-judgment interest
16  accrued. Interest will continue to accrue at 1.33 % per annum, in the amount of $5.08
17  PER day, from this date.
18      DATED this 5th day of June, 2006.
19
20      DAVID W. MÁRQUEZ
    ATTORNEY GENERAL
21
22  By: _____
23  Christopher C. Poag
    Assistant Attorney General
24
25      SUBSCRIBED and SWORN to before me this 5th day of June, 2006, at Juneau, Alaska.
26



AFFIDAVIT AND REQUEST FOR
ISSUANCE OF WRIT OF EXECUTION

Page 2