DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Christopher C. Poag
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811
(907) 465-3600
Attorney for State of Alaska
Alaska Bar No. 9807039

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, DEPARTMENT OF COMMERCE COMMUNITY AND ECONOMIC DEVELOPMENT, DIVISION OF INVESTMENTS,<br><br>Plaintiff<br>v.<br><br>DANELISSA, Official Number 973960 In Rem; ELIA LIND AND LOLA A. LIND In Personam,<br><br>Defendants. | IN ADMIRALTY<br><br>Case No. J02-019CV (RRB)<br><br><br><br><br>WRIT OF EXECUTION |

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF ALASKA:

On April 25, 2003, this court entered a judgment in favor of the State of Alaska as Judgment Creditor, and against Elia Lind as Judgment Debtor on the first promissory note, for

$ 111,113.12 principal;
$ 2,141.43 attorneys fees;
$ 52,670.76 interest;
$ 16,679.39 costs;
Less $ 41,000 bid price of the DANELISSA;
for a total amount of
$ 141,604.70

and on the second promissory note, for

$ 28,312.53 principal;
$ 819.60 costs;
$ 12,066.72 interest;
for a total amount of
$ 41,198.85

$182,803.55 TOTAL JUDGMENT AS ENTERED.

WHEREAS, according to an affidavit filed herein, it appears that further sums have accrued since the entry of judgment as follows:

$ 2,235.75 accrued pre-judgment interest, computed at 10.5%; and

$ 5770.88 accrued post-judgment interest, computed at 1.33%.

No payments have been made toward this judgment, leaving a net balance of $ 190,810.18 DUE ON June 5, 2006, the date of the request for issuance of this writ, of which $ 190,810.18 is due on the judgment as entered, and bears interest at 1.33% per annum in the amount of $ 5.08 PER DAY, from the date of the request for issuance of this writ, which must be added to the commissions and costs of the officer executing this writ.

THEREFORE, IN THE NAME OF THE UNITED STATES OF AMERICA, you are hereby commanded to levy upon, seize, and take into execution

the debtor's personal property in your district that is sufficient, subject to execution, to satisfy the judgment, interest, and costs, and then to sell the property according to law; and if sufficient personal property cannot be found, then you are further commanded to realize the amount of the judgment, interest, and costs out of his real property.

DATED _____                    IDA ROMACK, CLERK

[SEAL]                                By: _____
                                          Deputy Clerk