IN THE U.S. DISTRICT/~~SUPERIOR~~ COURT FOR THE STATE OF ALASKA
AT Juneau Alaska

State of Alaska
Dept of Commerce, Community and
Economic Development  Plaintiff(s),

vs.

ELIA LIND

Defendant(s).

CASE NO. J02-019CV

CREDITOR'S AFFIDAVIT

I, State of Alaska (judgment creditor) upon oath or affirmation and under penalty of perjury, state as follows:
I have obtained a judgment against ELIA Lind (judgment debtor)
in the total amount of $ 182,803.55.

I [X] will attempt  [ ] have attempted to satisfy the judgment by levying against the following property, which I believe is not exempt and is **not** property of a type subject to value limitations under AS 09.38.020:

Description of Property

PFD

I believe the above listed property is not exempt for the following factual reasons:
Debt is owed to the state

6/5/06
Date

Creditor's Signature

Chris Poag
Creditor's Name (please print)

PO Box 110300    Juneau    AK    99811
Mailing Address    City    State    ZIP

Subscribed and sworn to or affirmed before me at Juneau, Alaska
on 6/5/06.
(date)

(SEAL) STATE OF ALASKA
OFFICIAL SEAL
Anne-Marie Palumbo
NOTARY PUBLIC
My Commission Expires w/office

Clerk of Court, Notary Public, or other person authorized to administer oaths.
My commission expires w/office

CIV-505 (3/87)(st.3)
CREDITOR'S AFFIDAVIT

AS 09.38.080(b)