| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| State of Alaska | J02 019 C1 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Elia Lind | Service of writ |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Dept of Revenue - PFD

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Anchorage

RECEIVED
FEB 02 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Anne-Marie Palumbo
Dept of Law
PO Box 110300
Juneau AK 99811

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve writ for PFD

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 465-2412
DATE: 6/5/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 6 | District to Serve No. 6 | Signature of Authorized USMS Deputy or Clerk | Date: 6-8-06

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 6-13-06  Time: 1200 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45 | .89 | | 45.89 | | | |

REMARKS: Returned No funds

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |

*Alaska Department of Revenue*
**Permanent Fund Dividend Division**
2006 No Hit List

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 653038 | G0137 | 399CR077 | KANIADAKIS | STEVEN | J | 19561114 | A CR | $ 141,775.98 |
| 653149 | G0137 | 1JU0415CI | BARTLETT | ANTHONY | G | 19531117 | A SA | $ 201,291.66 |
| 653153 | G0137 | 301CR60 | ANNISTASIA PARKER | JENNA | L | 19761225 | A CR | $ 10,710.18 |
| 653153 | G0137 | 300CR45 | PRESCOTT | DAMIEN | | 19800508 | A CR | $ 134,362.44 |
| 653153 | G0137 | 303CR87 | SMITH | HELEN | M | 19440222 | A CR | $ 560,144.19 |
| 653153 | G0137 | 303CR87 | SMITH | KENNITH | A | 19420422 | A CR | $ 71,923.98 |
| 653153 | G0137 | 105CR1 | TIFFANY | WADE | | 19720412 | A CR | $ 19,965.97 |
| 653153 | G0137 | 399CR36 | WRIGHT | JAMES | A | 19631203 | A CR | $ 28,828.26 |
| 653153 | G0137 | 303CR74 | HELM | BARBARA | A | 19520305 | A CR | $ 24,801.77 |
| 653155 | G0137 | 397CV409 | OLSON | KARIN | L | 19510614 | A FA | $ 81,481.49 |
| 653155 | G0137 | 302CR053 | CHANTHASENG | LISA | | 19830710 | A CR | $ 27,810.22 |
| 653155 | G0137 | 398CR018 | BARNETT | HUGH | | 19660615 | A CR | $ 1,595.05 |
| 653155 | G0137 | 303CR005 | ARNSWORTH | RASHAD | W | 19781029 | A CR | $ 60,584.36 |
| 653206 | G0137 | 301CR85JKS | HANEY | SUSAN | | 19580123 | A CR | $ 22,186.70 |
| 653206 | G0137 | 303CR121JDR | FELIX | MARGARET | | 19750613 | A CR | $ 1,542.59 |
| 653206 | G0137 | 303CR88RRB | BRADLEY | ELDRIDGE | | 19691031 | A CR | $ 41,823.48 |
| 653206 | G0137 | 402CR19RRB | HYMES | DONALD | L | 19341230 | A CR | $ 89,962.25 |
| 653206 | G0137 | 303CR96RRB | BECKMAN | MICHAEL | L | 19470222 | A CR | $ 692.97 |
| 653206 | G0137 | 392CR79AHB | GORMAN | DENNIS | R | 19460908 | A CR | $ 176,119.46 |
| 653206 | G0137 | 491CR122HRH | DUNHAM | WENDELL | | 19460307 | A CR | $ 14,518.74 |
| 653206 | G0137 | 301CR11JWS | DOERNER | RYAN | P | 19820202 | A CR | $ 23,531.72 |
| 653206 | G0137 | 300CV159JKS | MERCHLEWITZ RAYBURN | VICKIE | L | 19610625 | A FA | $ 5,767.15 |
| 653206 | G0137 | 305CR46JWS | CARRILLO-ESQUIVEL | MARCO | T | 19690428 | A CR | $ 22,419.53 |
| ~~653209~~ | ~~G0137~~ | ~~302190I~~ | LIND | ELIA | | 19560521 | A SA | $ 190,810.18 |
| 653214 | G0137 | 398CR00105 | INMAN | SCOTT | A | 19751108 | A CR | $ 22,949.48 |
| 653214 | G0137 | 399CR00093 | LEE | TERRY | | 19540605 | A CR | $ 1,619.60 |
| 653214 | G0137 | 301CR00035 | JOHNSON | DAVID | M | 19541119 | A CR | $ 3,595.83 |
| 653214 | G0137 | 493CR00035 | THERIAULT | BECKY | A | 19601228 | A CR | $ 22,767.98 |
| 653216 | G0137 | 398CR00053 | SMART | CAROLYN | | 19530323 | A CR | $ 6,475.39 |
| 653216 | G0137 | 305CR23JKS | GOMEZ | CHRISTIAN | S | | A CR | $ 1,384.99 |
| 653216 | G0137 | 402CR8RRB | SKINNER | BENJAMIN | I | 19800212 | A CR | $ 5,224.29 |
| 653217 | G0137 | 304CR52JKS | CHRISTENSEN | JENNIFEWR | | 19710727 | A CR | $ 230,277.13 |
| 653217 | G0137 | 300CR137JKS | LANZ | JUSTIN | K | 19790312 | A CR | $ 1,175.66 |
| 653220 | G0137 | 304CV00027JKS | BOWEN | BARBARA | | | A OT | $ 76,076.35 |
| 653243 | G0137 | 303CV181JWS | KOLLER | JOHN | M | 19600304 | A FA | $ 149,656.22 |

**Klemm, Linda (USMS)**

---

**From:** Vonda StClair [vonda_stclair@revenue.state.ak.us]
**Sent:** Tuesday, December 05, 2006 3:54 PM
**To:** Klemm, Linda (USMS)
**Subject:** G0137 PFD No Payment Notification

You filed a levy on the items attached. There are no funds available for these items because the individuals were not eligible or the funds were taken by a higher priority.

If I can be of further assistance, please do not hesitate to contact me.

Vonda St.Clair
Administrative Clerk III
Permanent Fund Dividend Division
(907) 465-4671
vonda_stclair@revenue.state.ak.us

12/6/2006

# NOTICE OF LEVY ON ALASKA PERMANENT FUND DIVIDEND
# BY A COURT WRIT

**To:** State of Alaska
Department of Revenue
Permanent Fund Dividend Division

**From:** U. S. Marshal
222 W 7th Ave #28
Anchorage, AK 99513-7504
Phone (907) 271-5154

*- For PFD Division Use Only -*

PFD Server Code

**G0137**

Location _____

Priority _____

☐ Check here if you are adding or correcting information from a previously submitted notice of levy. Date of previous notice _____.
***Highlight information being corrected or added.***

**Case Number**  J - 02 - 019   CI
            Location Code  Year  Case Number   Case Type

*Example:* 1JU-02-01234 CI

Case type must be one of the following:
**CI** (Civil)
**CN** (Child in Need of Aid)
**CP** (Children Proceeding)
**CR** (Criminal)
**DL** (Delinquency)
**DR** (Domestic Relations)
**DV** (Domestic Violence)
**PR** (Probate)
**SC** (Small Claims)

YOU ARE HEREBY NOTIFIED that all funds in your possession or under your control belonging to the person identified below, not exceeding the Total Due listed below, is hereby levied upon by the attached writ.

**Judgment Debtor Name**    Elia Lind
**AKA or Alias**
**Social Security Number**    [redacted]
**Date of Birth**    [redacted]
**Amount of Writ**    $ 190,810.18
**Service Fee**    $
**Interest to October 15**    $
**Total Due**    $

**Service Agent**

| Signature | Date |
|---|---|
| R. DeWitt | 6-13-06 |
| Printed Name | Title |
| Ron DeWitt | DUSM |

Funds seized under this Notice of Levy will be forwarded to the Clerk of Court that issued the writ.

NOL New (1/03)                                        www.pfd.state.ak.us