U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| State of Alaska | J02-019 CV |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Elia Lind | PFD garnishment |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

St. of Alaska, Revenue, PFD Division

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT**

RECEIVED
APR 0 8 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Anne-Marie Palumbo

Redacted Address

| | |
|---|---|
| Number of process to be served with this Form | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                 Fold

Please serve PFD garnishment

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 465-2412 | DATE 4/2/07 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | / | No. 6 | No. 6 | | 4/9/07 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☒ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service 4-10-07 | Time 1130 ☒ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45 | 97 | | 45⁹⁷ | | | |

REMARKS:

Returned No funds

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

# NOTICE OF LEVY ON ALASKA PERMANENT FUND DIVIDEND
## BY A COURT WRIT

**To:** State of Alaska
Department of Revenue
Permanent Fund Dividend Division

**From:** U. S. Marshal
222 W 7th Ave #28
Anchorage, AK  99513-7504
Phone (907) 271-5154

| - For PFD Division Use Only - |
|---|
| PFD Server Code |
| **G0137** |
| **Location** _____ |
| **Priority** _____ |

☐ Check here if you are adding or correcting information from a previously
submitted notice of levy.  Date of previous notice _____.
***Highlight information being corrected or added.***

Case type must be one of the
following:
**CI** (Civil)
**CN** (Child in Need of Aid)
**CP** (Children Proceeding)
**CR** (Criminal)
**DL** (Delinquency)
**DR** (Domestic Relations)
**DV** (Domestic Violence)
**PR** (Probate)
**SC** (Small Claims)

**Case Number** ___J___ - _02_ - _019_____ _CI_
Location Code   Year    Case Number         Case Type

*Example:* 1JU-02-01234 CI

YOU ARE HEREBY NOTIFIED that all funds in your possession or under your control belonging to
the person identified below, not exceeding the Total Due listed below, is hereby levied upon by the
attached writ.

**Judgment Debtor Name** _Elia  Lind_____

**AKA or Alias** _____

**Social Security Number** Redacted SSN    _____

**Date of Birth** Redacted DOB    _____

**Amount of Writ** $ _190,810.18_____

**Service Fee** $ _____

**Interest to October 15** $ _____

**Total Due** $ _____

**Service Agent**

| Signature | Date |
|---|---|
| [signature] | 4-10-07 |
| Printed Name | Title |

Funds seized under this Notice of Levy will be forwarded to the Clerk of Court that issued the writ.